MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARY KATE SULLIVAN
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

*GRANTED*
*Judge James Ware*
11/25/2008

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARSALAN KHAN,<br><br>  Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No.: CV08-04556 JW<br><br>**STIPULATION EXTENDING DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO THE COMPLAINT [LOCAL RULE 6-1(a)]**<br><br>Complaint Filed: September 30, 2008<br>Trial Date: None set |

Plaintiff Arsalan Khan, and Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") by and through their respective counsel of record, hereby stipulate as follows:

1. The time for Defendant Wells Fargo to respond to the complaint shall be extended by 30 days up to and including December 17, 2008.

2. This is the first extension of time to respond for Defendant Wells Fargo.

3. This extension will not affect any other deadlines entered in this case.

1     4.    This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: November 10, 2008

LAW OFFICES OF WILLIAM E. KENNEDY

By: /s/ William Kennedy
WILLIAM KENNEDY
Attorney for Plaintiff
ARSALAN KHAN

DATED: November 11, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ Mary Kate Sullivan
MARY KATE SULLIVAN
Attorneys for Defendant
WELLS FARGO BANK, N.A.

07685/0255/697384.1      -2-      Stipulation Extending Time to Respond to Complaint
Case No. CV08-04556 JW