UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Arsalan Khan

                      Plaintiff(s),

CASE NO. CV08-04556 JW

v.

Wells Fargo Bank, N.A.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

                      Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
       Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 4/13/09                                      William E. Kennedy
                                                  Attorney for Plaintiff

Dated: 4/13/09                                      Severson & Werson, by Mary K. Sullivan
                                                  Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓       Mediation
        Private ADR

    Deadline for ADR session
✓       90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: April 23, 2009                    /s/ James Ware
                                            UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2009 at Santa Clara, California.

DATED:  April 13, 2009                LAW OFFICE OF WILLIAM E. KENNEDY


                                      ____/s/_____
                                 By:  WILLIAM E. KENNEDY
                                      Attorney for Plaintiff ARSALAN KHAN

LAW OFFICE OF WILLIAM E. KENNEDY
2797 PARK AVENUE, SUITE 201
SANTA CLARA, CALIFORNIA 95050
(408) 241-1000

JOINT CASE MANAGEMENT CONFERENCE STATEMENT  N.D. Calif. Case No. CV08-04556     Page 1