```
 1  WILLIAM E. KENNEDY (CSB #158214)
    LAW OFFICE OF WILLIAM E. KENNEDY
 2  2797 Park Avenue, Suite 201
    Santa Clara, California 95050
 3  (408) 241-1000 phone
    (408) 241-1500 fax
 4
    Attorney for Plaintiff ARSALAN KHAN
 5
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| ARSALAN KHAN | ) | Case No.:C08-04556 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: June 10, 2009          LAW OFFICE OF WILLIAM E. KENNEDY

                                        /S/
                        By:   William E. Kennedy
                             Attorney for Plaintiff ARSALAN KHAN

                             SEVERSON WERSON

                                        /S/
                        By:   Mary Kate Sullivan
                             Attorneys for Defendant WELLS FARGO BANK, N.A.

STIPULATION FOR DISMISSAL WITH PREJUDICE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, William E. Kennedy, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2009 at Santa Clara, California.

By: /s/ *William E. Kennedy*
William E. Kennedy

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearings and motions.  The Clerk shall close this file.

Dated: June 19, 2009

_____
United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE

2